#84456

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 AUG 20  AM 9:52

DEPUTY CLERK_____

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | |
| | § | 3-15CV2721-N |
| DANIEL BLACKBURN AKA | § | |
| DANIEL CLARK BLACKBURN & | § | |
| ALL OCCUPANTS | § | |
| Defendants | § | |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant, Daniel Blackburn, hereby removes to this Court the state court action described below.

On August 4, 2015, an action was commenced in the County Court of Law 4, Dallas County, Texas, entitled JPMorgan Chase Bank v. Daniel Blackburn aka Daniel Clark Blackburn & All Occupants, Case Number CC-15-03941-D.

I.   Defendant was served with summons on _____.

II.  Pursuant to N.D. Tex. Local R. 81.1 this notice of removal is accompanied by an index of documents filed in state court (Exhibit A).

III. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because:

a. The Amount in Controversy Exceeds the Federal Minimum Jurisdiction Requirements:

  i. When a "right to a property is called into question in its entirety, the value of the property controls the amount in controversy." *Nationstar Mortgage, LLC*, 351 Fed. Appx. At 848, 2009 WL 2605356, at *3 (citing *Waller v. Prof'l In.s Corp.*, 296 F. 2d545, 547-48 (5th Cir. 1961)); See also *Radey v. Chase Home Fin., L.L.C.* 2011 WL 2415344, at *2 (S.D. Tex. June 13, 2011).

  ii. The subject real property has a current fair market value of $ 716,760 according to the Dallas Central Appraisal District. Therefore, Plaintiff is seeking an amount in controversy in excess of $75,000 and satisfies 28 U.S.C. Section 1332.

b. Pursuant to the 28 U.S.C § 1332(a), this court has original jurisdiction over this matter as the amount in controversy meets the federal jurisdiction minimum and there is a complete diversity of citizenship between the Plaintiff and Defendant.

c. As the date of formal service starts the 30-day period running, this Notice of Removal is timely filed because it is "filed within thirty days after the receipt by the defendant through service or otherwise, of a copy of an amended pleading, motion or order or other paper from which it may first be ascertained that the case is one which is or has become removable..." See 28 U.S.C. Section 1446(b).

d. In compliance with 28 U.S.C. Section 1446(a) and Dallas County Local Rule 81, the index required under Local Rule 81.1(a)(4)(A) is attached as **Exhibit A.**

e. A copy of the docket sheet in the state court action as required under Local Rule 81.1(a)(4)(B) is attached as **Exhibit B.**

f. A copy of all documents required under Local Rule 81.1(a)(4)(C) are attached as **Exhibits B-I**

g. A separately signed certificate of interested persons that complies with LR 3.1(c) or 3.2(e) and which is required under Local Rule 81.1(a)(4)(D) is attached hereto as **Exhibit G**

h. Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff as required by 28 U.S.C. Section 1446(d).

i. Concurrently with this Notice of Removal, Defendant will file a copy of the Notice with the County Court at Law No. 4 of Dallas County, Texas.

WHEREFORE, Defendant, Daniel Blackburn, respectfully removes this action from the County Court at Law No. 4 of Dallas County, Texas and, having met all procedural requirements for removal and having paid the appropriate filing fee, respectfully requests that the court take jurisdiction over the action and conduct all further proceedings.

Dated: August 20, 2015

Respectfully submitted,

Daniel Blackburn
Pro Se
2408 Victory Park Ln #1137
Dallas, TX  75219

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument is being served upon the below named Attorney for the Plaintiff via Certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 20 day of August 2015 as follows:

Lauren E. Christoffel
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd. #100
Addison, TX 75001
Attorney for Plaintiff

                                        Daniel Blackburn
                                        Pro Se
                                         2408 Victory Park Ln #1137
                                         Dallas, TX 75219

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JPMORGAN CHASE BANK, N.A

## DEFENDANTS
Daniel Blackburn

**(b)** County of Residence of First Listed Plaintiff  out of state
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Barrett Daffin Frappier Turner & Engle, LLP, 15000 Surveyor Blvd.,
#100, Addison, TX 75001, 972-386-5040

Attorneys *(If Known)*
pro se  3-15CV2721-N

RECEIVED AUG 20 2015 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☒ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE  8/20/15
SIGNATURE OF ATTORNEY OF RECORD  Pro se.

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

United States District Court
Northern District of Texas



Supplemental Civil Cover Sheet For Cases Removed
From State Court

3-15CV2721-N

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Dallas County Court at Law #4 | cc-15-03941-D |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff - JPMorgan Chase Bank, N.A. | Lauren E. Christoffel<br>Barrett Daffin Frappier<br>Turner & Engel, LLP<br>15000 Surveyor Blvd #100<br>Addison, TX 75001 |
   | Defendant - Daniel Blackburn | Pro Se |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    9 Yes     9 No

   If "Yes," by which party and on what date?

   _____        _____
   Party                                     Date

Supplemental Civil Cover Sheet
Page 2

4. **Answer:**

   Was an Answer made in State Court?   ☐ Yes   ☒ No

   If "*Yes*," by which party and on what date?

   Defendant
   ―――――――――――――――――――――  ―――――――――――
   Party                                                                      Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   **Party**                                                **Reason(s) for No Service**

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   **Party**                                                **Reason**

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   **Party**                                                **Claim(s)**

   JPMorgan Chase Bank, N.A.                                Possession of the property, writ of possession, costs of suit