UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., § | |
|     Plaintiff, § | |
| v. § | No. 3:15-CV-2721-N (BF) |
| DANIEL BLACKBURN, § | |
|     Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand [ECF No. 7] is **GRANTED**.

**SO ORDERED** this 15th day of July, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE